MANHATTAN BRIDGE THREE-CENT LINE, Appellant, *v.*
    THE CITY OF NEW YORK, Respondent.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 236 N. Y.
559.)

———————

HERMAN B. FERGUSON, Respondent, *v.* RAYMOND H.
    CHUCK et al., Appellants.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 236 N. Y.
149.)

———————

BENJAMIN R. KITTREDGE, Respondent, *v.* ARTHUR E.
    GRANNIS et al., Defendants, and ROBERT C. LAWRENCE,
    Appellant.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 236 N. Y.
375.)

———————

ALBERT GOLDSTEIN, Respondent, *v.* STANDARD ACCIDENT
    INSURANCE COMPANY, Appellant.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 236 N. Y.
178.)

———————

ETHELINE H. HINKLEY, Appellant, *v.* STATE OF NEW
    YORK, Respondent.

(Argued October 1, 1923; decided October 9, 1923.)

Motion to amend remittitur denied, with ten dollars
costs. (See 234 N. Y. 309.)